UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABD AL HAKIM GHALIB AHMAD
ALHAG
     *Petitioner/Plaintiff,*

v.

BARACK H. OBAMA, *et al.*
     *Respondents/Defendants.*

Case No. 05-CV-2199 (RCL)

## [PROPOSED] ORDER

Upon consideration of Petitioner's Unopposed Motion to Stay Case Pending

Resolution of Counsel Access Issues, It is hereby

**ORDERED** that this action be stayed until this Court's Order in *In re:*

*Guantanamo Bay Detainee Continued Access to Counsel,* No. 1:12-mc-00398-RCL (D.D.C.

Sept. 9, 2012) becomes final, either by the passing of the government's time to appeal or seek

reconsideration, or the final disposition of any appeal, of such ruling.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on September 27, 2012.

3